SYLVIA SAMUELS et al., Appellants, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents.

Submitted March 7, 2005; decided March 31, 2005

Appeals from the order and the judgment of Supreme Court transferred, without costs, by the Court of Appeals, sua sponte,

to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).

Judge R.S. SMITH taking no part.